# EXHIBIT A

# DEPARTMENT OF STATE

✉ CONTACT US    ❓ FAQS

| Corporations ▾ | Search Business Entities | Search UCC Transactions | Forms ▾ | Contact Corporations | | Login |

Search entity / Select entity / Order documents

## Order Business Documents ❓

Date: 05/13/2022

### Business Name History

| Name | Name Type |
|---|---|
| METZ AND ASSOCIATES, LTD. | Prior Name |
| Metz Culinary Management, Inc. | Prior Name |
| Metz Culinary Management, LLC | Current Name |

### Business Entity Details

Officers

| | |
|---|---|
| Name | Metz Culinary Management, LLC |
| Entity Number | 2580392 |
| Entity Type | Limited Liability Company |
| Status | Active |
| Citizenship | Domestic |
| Entity Creation Date | 05/12/1994 |
| Effective Date | 05/12/1994 |
| State Of Inc | PA |
| Address | Two Woodland Drive Dallas PA 18612 Luzerne |

### Filed Documents

The information presented below is for your reference. To place an order you will need to log in. If you do not have a PENN File account, you may register for an account by clicking here.

Show 25 entries

Filter Records 🔍

| Select | Date | Document | Pages | Plain Copy Quantity# | Price | Certified Copy Quantity# | Certified Copy Price | Microfilm # | Microfilm Start | Microfilm End | Line Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ☐ | 05/12/1994 | ARTICLES OF INCORPORATION 1 | 1 | 1 | $3.00 | 0 | $40.00 | 126 | 13512 | | 1 |
| ☐ | 01/31/2011 | DOMESTIC - CHANGE OF REGISTERED OFFICE 2 | 2 | 1 | $3.00 | 0 | $40.00 | 196 | 2095 | | 2 |
| ☐ | 07/20/2011 | DOMESTIC - CHANGE OF REGISTERED OFFICE 3 | 2 | 1 | $3.00 | 0 | $40.00 | 196 | 2347 | | 2 |
| ☐ | 07/28/2011 | ARTICLES OF AMENDMENT- BUSINESS 4 | 2 | 1 | $3.00 | 0 | $40.00 | 196 | 2350 | | 2 |
| ☐ | 12/21/2021 | Statement of Conversion 5 | 4 | 1 | $3.00 | 0 | $40.00 | | | | |

Showing 1 to 5 of 5 entries

Previous  1  Next

| ☐ | All Dates | All Certified Copies | 11 | | | Quantity # 1 | $73.00 | | | | |
| ☐ | All Dates | All Plain Copies | 11 | Quantity # 1 | $33.00 | | | | | | |

### Certified Documents

| Select | Date | Document | Pages | Quantity# | Price | | Line Total |
|---|---|---|---|---|---|---|---|
| ☐ | 05/13/2022 | Subsistence Certificate | 1 | 1 | $40.00 | | |
| ☐ | 05/13/2022 | Index and Docket Report | 1 | 1 | $15.00 | | |
| ☐ | 05/13/2022 | Index and Docket Certified Report | 1 | 1 | $55.00 | | |

**Order Total :**

[ << Back to Search Results ]

[ Login ]

SECURITY POLICY   AGENCIES   COPYRIGHT © 2014 COMMONWEALTH OF PENNSYLVANIA. ALL RIGHTS RESERVED

PRIVACY POLICY