# EXHIBIT B

# RUTHS CHRIS STEAKHOUSE

1280 HWY 315
PLAINS TOWNSHIP PA 18702-7002

## LICENSE INFORMATION

| | |
|---|---|
| **Status:** | Active |
| **License Type:** | Restaurant (Liquor) |
| **LID Number:** | 60220 |
| **License Number:** | R2808 |
| **Licensee:** | NO LIMIT STEAKS LLC |
| **County:** | Luzerne County |
| **Municipality:** | Plains Twp |

## PREMISES

| | |
|---|---|
| **Name:** | RUTHS CHRIS STEAKHOUSE |
| **Owner:** | n/a |
| **Manager:** | MARK MASSETTI |

## OFFICERS

JEFFREY C METZ (LTD PTNR )
JOHN C METZ SR (MEMBER-LTD PTNR )

## PERMITS / SECONDARY LICENSES

**Type**
Amusement Permit (Liquor)
Extended Hours Food Permit
Off-Premise Catering Permit
Sunday Sales Permit
Wine Expanded Permit

## CITATION CASE(S)

| Case | LID Number | Opened | Closed | Penalty |
|---|---|---|---|---|
| 2008-2943 | 60220 | Dec 19, 2008 | Mar 10, 2009 | Fine, Fine ($250) |

## METZ ENTERPRISES INC

SOUTHMONT CTR
4402 SOUTHMONT WAY
EASTON PA 18045

### LICENSE INFORMATION

| | |
|---|---|
| **Status:** | Active |
| **License Type:** | Restaurant (Liquor) |
| **LID Number:** | 54302 |
| **License Number:** | R7102 |
| **Licensee:** | METZ ENTERPRISES INC |
| **County:** | Northampton County |
| **Municipality:** | Bethlehem Twp |

### PREMISES

| | |
|---|---|
| **Name:** | METZ ENTERPRISES INC |
| **Owner:** | n/a |
| **Manager:** | JOTH R VOLTA |

### OFFICERS

GREGORY T POLK (SECY/TREAS )
JOHN C METZ IRREVOCABLE GRANTOR TRUST (STOCKHOLDER )
JOHN C METZ SR (PRES-DIR-SH )
RICHARD RIVERA (SH )

### PERMITS / SECONDARY LICENSES

| Type |
|---|
| Amusement Permit (Liquor) |
| Sunday Sales Permit |

### CITATION CASE(S)

| Case | LID Number | Opened | Closed | Penalty |
|---|---|---|---|---|
| 2010-1227 | 54302 | Jun 16, 2010 | Oct 6, 2010 | Fine, Fine ($100) |
| 2015-1206 | 54302 | Jul 17, 2015 | Apr 15, 2016 | Fine, Fine ($50) |

# T G I FRIDAY'S

10 N WEST END BLVD
QUAKERTOWN PA 18951-1194

## LICENSE INFORMATION

| | |
|---|---|
| **Status:** | Active |
| **License Type:** | Restaurant (Liquor) |
| **LID Number:** | 36283 |
| **License Number:** | R17817 |
| **Licensee:** | LEHIGH VALLEY PUBS, INC. |
| **County:** | Bucks County |
| **Municipality:** | Quakertown |

## PREMISES

| | |
|---|---|
| **Name:** | T G I FRIDAY'S |
| **Owner:** | n/a |
| **Manager:** | CATHERINE RINALDI |

## OFFICERS

DENISE DRISCOLL (ASST SECY )
JOHN C METZ SR (PRES-DIR-SH-CHMN )
MICHAEL METZ (VP-TREAS )
PAUL MAHLER (SECY-DIR )

## PERMITS / SECONDARY LICENSES

| Type |
|---|
| Amusement Permit (Liquor) |
| Sunday Sales Permit |

## CITATION CASE(S)

| Case | LID Number | Opened | Closed | Penalty |
|---|---|---|---|---|
| 2010-1659 | 36283 | Aug 13, 2010 | Dec 1, 2010 | Fine, Fine ($150) |
| 2021-0798-C | 36283 | Aug 13, 2021 | May 17, 2022 | Fine, Fine ($1750) |