# EXHIBIT C



home / About Us / CORPORATE PROFILES

## Corporate Profiles

### John C. Metz, Sr.

**Executive Chairman**



John C. Metz began his career in the food service management industry in 1967 with the founding of Custom Management Corporation. The result was outstanding: this small regional provider grew into an industry leader and innovator and set the standards for the competition to follow. Metz's success is well documented and recognized by his peers through a variety of prestigious awards including the IFMA Silver Plate Award, *Nation's Restaurant News'* Golden Chain Award, and *Restaurant Business*' coveted Leadership Award.

In 1987, Custom Management was acquired by Morrison's Hospitality Group and John Metz was named Chairman and CEO of Morrison's Custom Management. During his tenure, he oversaw the growth of more than 900 accounts with a sales volume in excess of $600 million.

In the early 1990s, Metz expanded his interest to franchise operations. His company now owns and operates 11 T.G.I. Friday's restaurants in Pennsylvania and New Jersey. In 1995, Metz was awarded the T.G.I. Friday's Domestic Franchise Developer of the Year.  In addition, John Metz owns and operates two Krispy Kreme locations in Western Pennsylvania. In 2003, Krispy Kreme named Metz developer of the year.

In 1994, Metz launched Metz Culinary Management, formerly Metz & Associates, specializing in providing dining management solutions for healthcare, educational, and corporate accounts. Metz Culinary Management was recently named a top 8 risers by Food Management magazine and *#13 on their top 50 food service management companies*.

He is extremely active in civic and professional organizations including positions as a  trustee of the National Restaurant Association's Education Foundation; member of the Pennsylvania Restaurant Association; past board director of the National Restaurant Association; chairman of the board of Misericordia University and a member of the Board of Overseers for Harvard University. He has been recognized with the 2013 Distinguished Citizens Award from the Boy Scouts of America, the 2013 Distinguished Community Service Award from the Wilkes-Barre, PA Association for the Blind, and most recently in 2014 the Distinguished Citizen Award from the Greater Wilkes-Barre Chamber of Commerce.

Email John – *jmetz@metzcorp.com*

### Jeff Metz

**President & CEO**

---



**Farm-to-Fork**

We build relationships with local farmers, food co-ops, regional brands and other organizations to provide the freshest ingredient…

*Read More*

**Newsletter Signup** ———————

Sign up to learn about the latest foodservice trends and get important updates on Metz Culinary Management programs and initiatives.

First Name

Last Name

Email Address

Submit

**Contact Us**

Name*
First
Last

Title

Company/Organization*

Email*



Jeff Metz serves as President & CEO of Metz Culinary Management. He has over 30 years in the restaurant business and extensive operational knowledge of the hospitality industry, including employee relation management, operational excellence, and outstanding client partnership and communication skills.

Jeff began his career as a sales representative with H.J. Heinz Company. He later joined The Metz Group as manager for the Toms River, NJ., T.G.I. Friday's, increasing sales and guest satisfaction. As his industry knowledge grew, so did his responsibilities within the company.

Today, Metz oversees more than 270 contract management accounts in 21 states, including the Metz Environmental Services division. In addition, Metz oversees the restaurant division, consisting of 11 T.G.I. Friday's in Pennsylvania and New Jersey and Ruth's Chris Steak House at Mohegan Sun Pocono. In 2016, Metz opened a Chick-fil-A at Mohegan Sun in Connecticut. In 2011 and again in 2016, Metz was awarded the T.G.I. Friday's Franchisee of the Year award. Most recently, Jeff was named a winner of the 2017 IFMA Silver Plate Award.

Beyond his business success, Jeff's commitment to the community and feeding those children and adults in needs is apparent in his work on behalf of the Share Our Strength/No Kids Hungry organization, along with the United Way and the Commission on Economic Opportunity (CEO) organization. Jeff was also a member of the board of directors of the Make-A-Wish Foundation of Northeastern Pennsylvania for six years. He was awarded their highest honor, The Golden Wishbone Award and the Make-A-Wish Star Wand, placing him in the organization's distinguished Chris Grecius Society of Joy. He is a Past Chair of the Board of the Pennsylvania Restaurant Association and served as their chairman of the Political Action Committee and the Political Education Committee. He is a member of the Young President's Organization and the Penn State SHM Industry Advisory Council. Jeff holds a degree in business from Washington & Jefferson College.

Email Jeff – jeffm@metzcorp.com

---

Phone

**What can we send you?**

☐ The Dish, our quarterly magazine filled with news and trends

☐ Information on dining management services

☐ Information on environmental services

☐ Something Else

**Tell us a little bit about your organization:**

Type of Organization
[ Public School District ▼ ]

How many separate dining areas are at your facility
i.e. cafeteria and a separate snack shop; a food court and a dining room

About how many guests do you serve each day at all dining areas?

What best reflects the current status of your dining services?
[ Self operated ▼ ]

**Would you like be contacted directly?**
○ Yes
○ No

Comments

[ Submit ]

---

© 2022 Metz Culinary Management

   Home  My Network  Jobs

# Jeff Metz
Metz Culinary Management

- Metz Culinary Management

Dallas, Pennsylvania, United States · **Contact info**

500+ connections

Connect   🔒 Message   More

## Activity
1,338 followers

➕ Follow

**Jeff hasn't posted lately**
Jeff's recent posts and comments will be displayed here.

Show all activity →

## Experience


**ceo**
Metz Culinary Management

## Skills

**Food** · 88

                                                       Home    My Network    Jobs

 Endorsed by 3 colleagues at Metz Culinary Management

Restaurant Management · 55

Endorsed by Steven L. Rossetti and 4 others who are highly skilled at this

 Endorsed by 2 colleagues at Metz Culinary Management

Show all 38 skills →

## Interests

**Influencers**    Companies    Groups



Tiffany Dufu
Founder & CEO, The Cru
507,485 followers

+ Follow

John Hope Bryant
Founder, Chairman and CEO at Operation HOPE, Bryant Group Ventures and The Promise Homes Company
405,591 followers

+ Follow

Show all 6 influencers →

Ad  ···

Lee, unlock your full potential with LinkedIn Premium

 

See the full list of who's viewed your profile

Try for Free

in  🔍  Home   My Network   Jobs

**Greg Bat**
• 3rd+
Accounting Manager at Metz Culinary Management

Connect


**Craig Solomon**
• 3rd+
Senior Vice President at Metz Culinary Management

Connect


**Chad Rockovits, M.B.A.**
• 3rd+
Vice President of Operations at Metz Culinary Management

Connect


**Cheryl McCann** • 3rd+ in
HR Pro in the Hospitality Biz looking for dining service&restaurant mgrs who share our Passion for People Food & Service

Connect

**Kelli Hosler**
• 3rd+
--

Connect

Show more ⌄

## People you may know


**Kenya Tyson**
Higher Education Leader | Criminal Justice Expert| Strategist | Fulbright Scholar

Connect


**Samantha Morales**
Events Manager

Connect


**Anthony Finelli**
Executive Director of Sales U.S. Legal Support



Senor Tax Manager at CPA Firm

Connect

**Eli Han**
Partner at King & Wood Mallesons

Connect

Show more



Home     My Network     Jobs

TIMES LEADER

SUBSCRIBE    E-EDITION    OBITUARIES    CLASSIFIEDS    CONTACT US

# Metz family, celebrating 25 years of growth in food service industry

September 22, 2019



 Listen to this    A    A    A

**Tired of ads? Subscribers enjoy a distraction-free reading experience.**

Click here to subscribe today or Login.

DALLAS — Metz Culinary Management, an award-winning, family-owned and operated food service management company based in Dallas, is celebrating 25 years of service in the food industry this month.

And the key word there is "family."



Since the founding of Metz, the company has grown to operate in 19 states from Vermont to Florida.

John Metz and his son, Jeff, and daughter, Maureen, head the company, which has grown to be the 13th-ranked food service country in the U.S.

"We started small," said John Metz. "We never expected to be as big as we are."

Metz said the company has gone toe-to-toe against the large conglomerate companies and had succeeded.

"Our name is on our business," he said. "We will never do anything to embarrass our family name."

Metz said he and/or Jeff will often jump on an airplane to fly to a location to solve a problem. He said that hands-on approach has proven to be a key to the company's success.

Jeff Metz said the company philosophy is to make sure all partners are happy —and partners include employees.

"It goes way beyond me, my father and my sister," Jeff said. "We have many employees that have been with us for years and years. We have that family vibe that people thrive in."

His father added, "We recognize people and we reward them."

To celebrate the 25th anniversary, the Metz family took 400 employees, mostly managers, to Disney World in recognition of their work.

"Basically, we treat people the way like you would want to be treated," Jeff said. "When we take over an operation, we do an orientation. We show them that we care about our people and that is extended to our customers."

Jeff said if employees are treated right with respect and caring, then they will treat customers and guests the same.

"We demonstrate the real commitment we have to customer service," John said. "People want to come work for us and we give back into the community we grew up in."

John Metz began his career in the food service management industry by establishing Custom Management Corp., where he served as president and chief executive officer from 1967 to 1987. By the time Metz sold the company in 1987, it was the largest privately held food services company in the country.

Metz Culinary Management has followed the same path of success under the leadership of current President & CEO, Jeff Metz, providing dining services for clients in a variety of settings, including K-12 schools, colleges and universities, healthcare organizations, corporate offices and manufacturing facilities.

Metz also owns numerous franchise restaurants including a Ruth's Chris Steak House, eleven T.G.I. Fridays, three Lucky's Craft Food and Drink and eleven Marlow's Tavern locations.

Metz aims to continue providing quality hospitality across their healthcare, corporate, higher education, and independent and public school markets.

Community involvement

The Metz family believes in giving back to the community. There are many examples of the company and its employees pitching in to give significant help to charities in need.

One is the Dinner for Kids program that helps families battling childhood hunger by providing healthy meals.

Maureen Metz said the company donated $38,727.18 last year for dinner for kids by hosting a golf tournament. Over $60,000 has been raised over two years for the charity. The golf tournament will be held Oct. 7.

In 2017, 340 associates o Barre/Scranton area. The Metz restaurants and food operations across the country.

The meals were to be distributed by the Commission on Economic Opportunity to needy families in Luzerne and Lackawanna counties.

The company also raised more than $5,000 for Red Cross relief efforts to help victims of Hurricane Irma.

And more than $2,000 was donated to the St. Vincent de Paul Kitchen — proceeds from a sports memorabilia auction held at Lucky's Sporthouse.



Maureen Metz

https://www.timesleader.com/wp-content/uploads/2019/09/web1_Metz-2c-Maureen.jpg.webpMaureen Metz



Jeff Metz





John Metz

https://www.timesleader.com/wp-content/uploads/2019/09/web1_METZ-JOHN.jpg.webpJohn Metz

Metz family celebrating 25 years of growth in food service industry

By Bill O'Boyle

boboyle@timesleader.com

Reach Bill O'Boyle at 570-991-6118 or on Twitter @TLBillOBoyle.

**Times Leader**

**Around The Web**

TIMES LEADER       SUBSCRIBE       E-EDITION       OBITUARIES       CLASSIFIEDS       CONTACT US

VIEW COMMENTS

ALSO ON TIMES LEADER

2 days ago • 9 comments       a day ago • 1 comment       2 days ago • 12 comments

**Beyond the Byline: The Buoys really …**       **To Your Health: Unmanaged A-fib can lead to …**       **Luzerne Co Council ho special …**

Top Searches       Larksville Police Officers Resign       John Ricko