# EXHIBIT D



**WHAT WE DO**    **WHO WE SERVE**    **WHY METZ**    **CAREERS**    **ABOUT US**

home / About Us / RESTAURANTS

## Restaurants

Restaurant-inspired service begins with restaurant experience.

In 1993, Metz was awarded franchise rights from the popular T.G.I. Friday's restaurant chain, a subsidiary of Northeast Restaurant Group, Inc. Since then, the Metz organization has opened eateries throughout Pennsylvania and New Jersey.

Our experience with thousands of guests per week enables us to bring restaurant-quality cuisine and service to our foodservice operations in the educational, healthcare and corporate settings. After all, we live it every day.



### Ruth's Chris Steak House

Fine dining conveniently located at Mohegan Sun Pocono. Make a reservation today, call 570-208-2266 or online at OpenTable. Hide location

| 1280 Highway 315, Wilkes Barre, PA 18702<br>P: 570-208-2266 | F: 570-208-2286 | Directions | E-mail |



### T.G.I. Friday's

Since 1993, our Friday's division has expanded to 9 locations in Pennsylvania and New Jersey. Hide locations

| 4402 Southmont Way, Easton, PA 18045<br>P: 610-923-7855 | F: 610-923-7910 | Directions | E-mail |
| 709 Rte 70, Brick, NJ 08723<br>P: 732-262-0937 | F: 732-262-1328 | Directions | E-mail |
| 620 Scranton-Carbondale Hwy, Scranton, PA 18508<br>P: 570-558-5500 | F: 570-558-5504 | Directions | E-mail |
| 601 Washington Ave, Manahawkin, NJ 08050<br>P: 609-489-0950 | F: 609-489-0953 | Directions | E-mail |
| 10 North West End Blvd, Quakertown, PA 18951<br>P: 215-529-4490 | F: 215-529-4494 | Directions | E-mail |
| 1279 Hooper Avenue, Toms River, NJ 08753<br>P: 732-914-1113 | F: 732-914-1604 | Directions | E-mail |
| 5901 Rte 42 Wash. Plaza, Turnersville, NJ 08012<br>P: 856-374-1212 | F: 856-374-0075 | Directions | E-mail |
| 882 Kidder Street, Wilkes Barre, PA 18702<br>P: 570-823-9923 | F: 570-823-9663 | Directions | E-mail |
| 1840 East Third Street, Williamsport, PA 17701<br>P: 570-320-8443 | F: 570-320-0373 | Directions | E-mail |



**Farm-to-Fork**

We build relationships with local farmers, food co-ops, regional brands and other organizations to provide the freshest ingredient...

Read More

### Newsletter Signup

Sign up to learn about the latest foodservice trends and get important updates on Metz Culinary Management programs and initiatives.

First Name

Last Name

Email Address

Submit

### Contact Us

Name*

First

Last

Title

Company/Organization*

Email*

Phone

What can we send you?

☐ The Dish, our quarterly magazine filled with news and trends

☐ Information on dining management services

☐ Information on environmental services

☐ Something Else



#### Marlow's Tavern

Marlow's Tavern, the new place for eating and drinking, serves freshly prepared American favorites made from scratch and cooked to perfection. See locations



#### Lucky's Craft Food and Drink

Proudly serving house-made, fresh food in multiple locations to serve you while traveling. See locations

**Tell us a little bit about your organization:**

Type of Organization

[ Public School District ▼ ]

How many separate dining areas are at your facility

*i.e. cafeteria and a separate snack shop; a food court and a dining room*

[                    ]

About how many guests do you serve each day at all dining areas?

[                    ]

What best reflects the current status of your dining services?

[ Self operated ▼ ]

Would you like be contacted directly?

○ Yes
○ No

Comments

[                    ]

[ Submit ]

---

**Metz Culinary Management** - Two Woodland Drive  Dallas, PA 18612 | Phone: 800-675-2499 | Site Map



© 2022 Metz Culinary Management



Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. More info

   

Home | My Network | Jobs



### Metz Culinary Management

A great dining program takes the right ingredients.

Hospitality · Dallas, PA · 4,988 followers

See all 972 employees on LinkedIn

Follow | Learn more ↗ | More

Home | **About** | Posts | Jobs | People | Videos

## Overview

Metz Culinary Management was established in 1994 by entrepreneur John C. Metz as a custom dining management service company with a "Guest First" philosophy serving a variety of market segments, higher education, corporate dining, healthcare and independent and public schools. Today, Metz Culinary Management is led by CEO Jeffrey C. Metz. Jeff, a food service veteran himself, who continues his father's legacy. Under Jeff's leadership, Metz Culinary Management currently ranks #13 on Food Management Magazine's list of the Top 50 Management Companies in the United States.

In addition to foodservice, the Metz family operates numerous eateries throughout the east coast including beloved national brands: TGI Friday's, Ruth's Chris Steak House, and Chick-fil-A; plus, two start-up brands: Marlow's Tavern and Lucky's Craft Food and Drinks.

The Metz Philosophy is:
• Provide great food and hospitality using only the freshest ingredients and as much locally sourced foods as possible.
• Motivate employees with opportunities for professional and personal development.
• Serve each student and guest with sincere hospitality.
• Develop partnerships that are sustainable and mutually rewarding.

 Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info** 

 

Home     My Network     Jobs

**Phone**
570.675.8100

**Industry**
Hospitality

**Company size**
5,001-10,000 employees
972 on LinkedIn

**Headquarters**
Dallas, PA

**Founded**
1994

**Specialties**
Food Service, Hospitality, Restaurant, K-12, Independent Schools, High Education, Health Care, Business and Industry, Environmental Services, On-Site Dining, Chef-driven, customized dining services, and EVS

## Locations (2)

Interact with the map to explore all locations




 

Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info**

    Home   My Network   Jobs

Ad ···

Follow Modulight, Inc. to stay up-to-date!

 

Lee, keep up with the latest insights from **Modulight, Inc.**

Follow

## Affiliated pages



**Metz Environmental Services**
Environmental Services
Showcase page

+ Follow

## Pages people also viewed



**Elior North America**
Food & Beverages
22,748 followers

+ Follow



**AVI Foodsystems**
Food & Beverages
7,685 followers

+ Follow



**Sodexo**
Facilities Services
923,840 followers

 Emails aren't getting through to one of your email addresses. Please **update or confirm** your email. **More info** 

 　　　　　　　　　　　　　　　　　　　　　　　　Home　　My Network　　Jobs

(/)



(/employers/metz-culinary-management-environmental-services-91741)

# Metz Culinary Management/Environmental Services

☆ Favorite

**Overview (/employers/metz-culinary-management-environmental-services-91741)**

Revie
(/emp

## About Metz Culinary Management/Environmental Services

We are a FAMILY-DRIVEN company that collaborates with its partners to deliver RESTAURANT-INSPIRED hospitality to each and every guest as well as providing Environmental Services keeping facilities and property clean, green and attractive.

Metz Culinary Management was established in 1994 by entrepreneur John C. Metz as a custom dining management service company with a "Guest First" philosophy serving a variety of market segments, higher education, corporate dining, healthcare and independent and public schools. Today, Metz Culinary Management is led by CEO Jeffrey C. Metz. Jeff, a food service veteran himself, who continues his father's legacy. Under Jeff's leadership, Metz Culinary Management currently ranks #16 on Food Management Magazine's list of the Top 50 Management Companies in the United States.

In addition to foodservice, the Metz family operates numerous eateries throughout the east coast including four national brands: TGI Friday's, Ruth's Chris Steak House, Krispy Kreme and Wolfgang Puck Express; plus, three start-up brands: Marlow's Tavern, Lucky's Sporthouse and The Wandering Chef, a state-of-the-art food truck.

The Metz Philosophy is:
• Provide great food and hospitality using only the freshest ingredients and as much locally sourced foods as possible.
• Motivate employees with opportunities for professional and personal development.
• Serve each student and guest with sincere hospitality.
• Develop partnerships that are sustainable and mutually rewarding.
• Create custom designed dining programs that reflect the uniqueness and culture of each client.

Fore more information on Metz Culinary Management, visit www.metzculinary.com.

Website http://www.metzculinary.com Industry Food & Beverages Company size 5,001-10,000 employees Headquarters Dallas, PA Type Sole Proprietorship Founded 1994 Specialties Food Service, Hospitality, Restaurant, K-12, Independent Schools, High Education, Health Care, Business and Industry, and Environmental Services

# Reviews

### Marketing Intern

June 2017 - May 2018 • Maryville, TN

"Great coworkers and atmosphere"

### Accounting Intern

May 2018 - August 2018 • Tallahassee, FL

"I liked the freedom of work . Low micromanagement "

See All  >   (/employers/metz-culinary-management-environmental-services-91741/reviews)

# Overview

- No location
- Public
- Restaurants & Food Service
- 5,000 - 10,000

# Related Employers



**Wendy's**

Restaurants & Food Service

(/stu/employers/10893)



(/)

**Little Caesars Enterprises**

United States • Restaurants & Food Service

(/stu/employers/9428)



**Bubbas33**

Indianapolis, IN • Restaurants & Food Service

(/stu/employers/10924)



**Grand Rapids Downtown Market**

Grand Rapids, MI • Restaurants & Food Service

(/stu/employers/10868)



**Noodles & Company**

Broomfield, CO • Restaurants & Food Service

(/stu/employers/9506)



**Brownies on the Lake**

St. Clair Shores, MI • Restaurants & Food Service

(/stu/employers/11427)



**Qdoba Mexican Eats**

Lakewood, CO • Restaurants & Food Service

(/stu/employers/8593)



**Levy**

Chicago, IL • Restaurants & Food Service

(/stu/employers/9067)



**Ilitch Holdings, Inc.**

Detroit, MI • Restaurants & Food Service

(/stu/employers/10071)



**Zingerman's**

MI • Restaurants & Food Service

(/stu/employers/8574)

(/)