# CIVIL COVER SHEET RIDER

DEFENDANT(S)

- METZ CULINARY MANAGEMENT LLC.
- NO LIMIT STEAKS LLC
- METZ ENTERPRISES INC.
- LEHIGH VALLEY PUBS, INC.
- JEFFREY C. METZ